AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Van Der Hout LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:24-cv-01095-LJC |
| U.S. DHS, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Van Der Hout LLP                                                                                            .

Date:      02/29/2024

/s/ Marc Van Der Hout
*Attorney's signature*

Marc Van Der Hout, CA SBN 80778
*Printed name and bar number*
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108

*Address*

ndca@vblaw.com
*E-mail address*

(415) 981-3000
*Telephone number*

(415) 981-3003
*FAX number*