1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MICHELLE LO (NYBN 4325163)
   Chief, Civil Division

4  SHIWON CHOE (CABN 320041)
   Assistant United States Attorney

5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6967
7         Facsimile: (415) 436-6748
          shiwon.choe@usdoj.gov
8
   Attorneys for Defendants U.S. Department of
9  Homeland Security and U.S. Department of State

10
                         UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 | VAN DER HOUT LLP,                      ) Case No. 3:24-cv-01095-JD
   |                                       )
15 |        Plaintiff,                     )
   |                                       ) **STIPULATION TO EXTEND TIME TO**
16 |    v.                                  ) **RESPOND TO COMPLAINT**
   |                                       )
17 | U.S. DEPARTMENT OF HOMELAND            )
   | SECURITY and U.S. DEPARTMENT OF        )
18 | STATE,                                 )
   |                                       )
19 |        Defendants.                     )

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
No. 3:24-cv-01095-JD

Pursuant to Civil Local Rule 6-1(a), Plaintiff Van Der Hout LLP and Defendants the U.S. Department of Homeland Security and the U.S. Department of State hereby stipulate that Defendants' time to answer or otherwise respond to the complaint is extended to April 17, 2024.

DATED: April 4, 2024	Respectfully submitted,

VAN DER HOUT LLP

*s/Johnny Sinodis*\*
MARC VAN DER HOUT
JOHNNY SINODIS
CHRISTINE RAYMOND

Attorneys for Plaintiff Van Der Hout LLP

ISMAIL J. RAMSEY
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Defendants U.S. Department of Homeland Security and U.S. Department of State

\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.