Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Christine Raymond*
Van Der Hout L.L.P.
360 Post Street, Suite 800
San Francisco, C.A. 94108
(415) 981-3000
ndca@vblaw.com

Matthew Vogel*†
Yulie Landan, Cal. Bar No. 348958
National Immigration Project
1201 Connecticut Avenue N.W.
Suite 531 #896645
Washington, D.C. 20036
(202) 470-2082
matt@nipnlg.org
yulie@nipnlg.org

Diala Shamas*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, N.Y. 10012
(212) 614-6464
dshamas@ccrjustice.org

Golnaz Fakhimi*
Muslim Advocates
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 655-2969
golnaz@muslimadvocates.org

*Attorneys for Plaintiff Van Der Hout L.L.P. (continued on next page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| VAN DER HOUT L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF STATE, <br><br> Defendants. | No. 3:24-cv-01095 <br><br> **PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE ONE-PAGE SUR-REPLY** |

*[Caption Page Continued – Additional Attorneys for Plaintiff Van Der Hout L.L.P.]*

Christopher Godshall-Bennett*
American-Arab Anti-Discrimination Committee
1705 DeSales Street N.W., Suite 500
Washington, D.C. 20036
(202) 244-2990
cgb@adc.org

Amber Qureshi*
Law Office of Amber Qureshi, L.L.C.
6925 Oakland Mills Road, P.M.B. #207
Columbia, M.D. 21045
(443) 583-4353
amber@qureshilegal.com


* *Pro Hac Vice*
† not admitted in D.C.; working remotely from and admitted in Louisiana only

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiff respectfully moves the Court for |
| 2 | leave to file a one-page sur-reply to Defendants' Reply in Support of Cross-Motion for Summary |
| 3 | Judgment, ECF No. 45 ("Def'ts' Reply" or "Reply"). Defendants oppose this motion. *See* Decl. of |
| 4 | Johnny Sinodis (attached hereto). |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiff respectfully moves the Court for leave to file a one-page sur-reply to Defendants' Reply in Support of Cross-Motion for Summary Judgment, ECF No. 45 ("Def'ts' Reply" or "Reply"). Defendants oppose this motion. *See* Decl. of Johnny Sinodis (attached hereto).

Plaintiff is filing this motion because, in their Reply, Defendants raised an entirely new argument, asserting that Plaintiff is seeking to amend its complaint by implication under Fed. R. Civ. P. 15(b)(2). *See* Def'ts' Reply at 2–5. A sur-reply is appropriate where the defendants have raised a new argument or evidence in a reply brief and the plaintiff requires an opportunity to respond. *See, e.g.*, *In re Cloudera, Inc.*, No. 19-CV-03221-LHK, 2021 WL 2115303, at *8 (N.D. Cal. 2021) (citing *El Pollo Loco v. Hashim*, 316 F.3d 1032, 1040–1041 (9th Cir. 2003) (permitting plaintiff to file a sur-reply to address new legal arguments raised in reply)). *See also Kiewit Power Constructors Co. v. Sec'y of Labor*, 959 F.3d 381, 393 (D.C. Cir. 2020) (stating the "purpose of a sur-reply brief is to allow a party to respond to arguments raised for the first time in a reply brief"). Courts routinely permit sur-replies to enable parties to address new arguments raised in a reply. *See, e.g.*, *Gold v. Lumber Liquidators Inc.*, No. 14-CV-05373-TEH, 2017 WL 2688077, at *2 (N.D. Cal. 2017); *Iglesia Cristiana Luz y Verdad v. Church Mut. Ins. Co.*, No. 15-CV-05621-RMW, 2016 WL 692839, at *2 n.2 (N.D. Cal. 2016). Even when an argument within a reply is not new, courts have permitted a sur-reply where its consideration would not prejudice other parties and would "allow the Court to thoroughly consider the parties' arguments." *Leuzinger v. Cnty. of Lake*, 253 F.R.D. 469, 477 (N.D. Cal. 2008). To ensure fair adjudication of the issues in this case, Plaintiff asks the Court for leave to address Defendants' new argument through the accompanying one-page sur-reply. A supporting declaration and proposed order also accompany this motion.

Dated:  December 12, 2024               Respectfully submitted,

    /s/ Golnaz Fakhimi

Marc Van Der Hout, Cal. Bar No. 80778   Golnaz Fakhimi*
Johnny Sinodis, Cal. Bar No. 290402   Muslim Advocates
Christine Raymond*   1032 15th Street N.W. #362
Van Der Hout L.L.P.   Washington, D.C. 20005
360 Post Street, Suite 800   (202) 655-2969

San Francisco, C.A. 94108
(415) 981-3000
ndca@vblaw.com

Diala Shamas*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, N.Y. 10012
(212) 614-6464
dshamas@ccrjustice.org

Christopher Godshall-Bennett*
American-Arab Anti-Discrimination Committee
1705 DeSales Street N.W., Suite 500
Washington, D.C. 20036
(202) 244-2990
cgb@adc.org

golnaz@muslimadvocates.org

Matthew Vogel*†
Yulie Landan, Cal. Bar No. 348958
National Immigration Project
1201 Connecticut Avenue N.W.
Suite 531 #896645
Washington, D.C. 20036
(202) 470-2082
matt@nipnlg.org
yulie@nipnlg.org

Amber Qureshi*
Law Office of Amber Qureshi, L.L.C.
6925 Oakland Mills Road, P.M.B. #207
Columbia, M.D. 21045
(443) 583-4353
amber@qureshilegal.com

* *Pro Hac Vice*
† not admitted in D.C.; working remotely from and admitted in Louisiana only

*Attorneys for Plaintiff Van Der Hout L.L.P.*